**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00397-REB-MEH
(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, and 09-cv-01067-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

Civil Case No. 09-cv-02412-CMA-MEH

MICHAEL STEVENS,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO CONSOLIDATE RELATED ACTIONS**

**Blackburn, J.**

The matter before me is **Defendant's Unopposed Motion To Consolidate Related Actions** [#48] filed September 28, 2009.  I grant the motion.

As I found in two previous orders granting consolidation in this matter, the newly instituted action, Civil Case No. 09-cv-02412-CMA-MEH, ***Stevens v. The Boeing Company, Inc.***, implicates questions of law and fact common to those arising in the

cases previously consolidated.  (*See* **Order Granting Motion To Consolidate and Denying Motions To Dismiss Without Prejudice** [#32] filed June 15, 2009; **Order Granting Defendant's Unopposed Motion To Consolidate Related Actions** [#49] filed September 28, 2009.)  Consolidation of this action into Civil Case No. 09-cv-00397-REB-MEH will be appropriate and efficacious.  *See* **FED.R.CIV.P.** 42(a); *Breaux v. American Family Mutual Insurance Co.*, 220 F.R.D. 366, 367 (D. Colo. 2004).

  **THEREFORE, IT IS ORDERED** as follows:

  1.  That **Defendant's Unopposed Motion To Consolidate Related Actions** [#50] filed October 14, 2009, is **GRANTED**;

  2.  That pursuant to Fed.R.Civ.P. 42(a) and D.C.COLO.LCivR 42.1, Civil Case No. 09-cv-02412-CMA-MEH is **CONSOLIDATED** with Civil Case No. 09-cv-00397-REB-MEH for all purposes;

  3.  That all future filings in these consolidated actions shall be captioned as shown below:

Civil Case No. 09-cv-00397-REB-MEH

(Consolidated with Civil Action Nos. 09-cv-00398-REB-MEH, 09-cv-00399-REB-MEH, 09-cv-00400-REB-MEH, 09-cv-1064-REB-MEH, 09-cv-1065-REB-MEH, 09-cv-01066-REB-MEH, 09-cv-01067-REB-MEH, 09-cv-02208-REB-MEH, 09-cv-02209-REB-MEH, 09-cv-02210-REB-MEH, and 09-cv-02412-REB-MEH)

JULIE HART,

Plaintiff,

v.

THE BOEING COMPANY, INC.,

Defendant.

---

4.  That plaintiff in Civil Case No. 09-cv-02412 **SHALL FILE** either a written notice of joinder in **Plaintiffs' Response to Defendant Boeing's Motion To Dismiss** [#37], filed July 1, 2009, or, alternatively, a separate response to the motion, by no later than **October 19, 2009**; if plaintiff files a separate response, defendant may file a reply within the time permitted by D.C.COLO.LCivR 7.1C.

Dated October 15, 2009, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge